UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TIME WARNER CABLE OF NEW YORK CITY,
a division of Time Warner Entertainment Co., L.P.,                97 Civ. 4175 (DGT)(RML)

                             Plaintiff,        **JUDGMENT**

                - against -

PEDRO RAFAEL CEPIN d/b/a CEPIN
GROCERY STORE,

                            Defendants.
-----------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ SEP 15 2005 ★
BROOKLYN OFFICE

      An Order of the Honorable David G. Trager, United States District Judge, having been executed on May 19, 1998; with no objections having been filed; adopting the April 23, 1998, Report and Recommendation of the Honorable Robert M. Levy, United States Magistrate Judge, entering Judgment against defendants Pedro Rafael Cepin d/b/a Cepin Grocery Store in the amount of $2,672.00, comprised of $1,000.00 in statutory damages pursuant to 47 U.S.C. §605(e)(3)(C)(i)(II), and $1,672.00 in attorneys' fees and costs pursuant to 47 U.S.C. §605(e)(3)(B)(iii); it is hereby

      ORDERED and ADJUDGED that the April 23, 1998, Report and Recommendation of the Honorable Robert M. Levy, United States Magistrate Judge, be adopted; and that judgment is entered in favor of the plaintiff, Time Warner Cable of New York City, against defendants Pedro Rafael Cepin d/b/a Cepin Grocery Store in the amount of $2,672.00, comprised of $1,000.00 in statutory damages pursuant to 47 U.S.C. §605(e)(3)(C)(i)(II), and $1,672.00 in attorneys' fees and costs pursuant to 47 U.S.C. §605(e)(3)(B)(iii).

Dated: Brooklyn, New York
      September 16, 2005

                                                      s/Robert C. Heinemann
                                                      **Robert C. Heinemann**
                                                        **Clerk of the Court**